**SO ORDERED.**

**DONE and SIGNED November 29, 2022.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 21-10807 |
| | § | |
| Tloria M. McDavid | § | Chapter 13 |
|   Debtor | § | |
| _____ | § | |
| Tloria M. McDavid | § | |
|     Plaintiff | § | Adversary Proceeding |
| | § | |
| vs. | § | Case No. 22AP-01007 |
| | § | |
| Mario McDavid, Shan Jackson, and | § | |
|   Incline Casualty Company | § | |
|     Defendants | § | |

### <u>Order</u>

Before the court are the following:

a. Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure filed by Incline Casualty Company as docket no. 49; and

b. Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil

Procedure 12(c) filed by Mario McDavid and Shan Jackson as docket no. 57.

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that:

1. The Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure filed by Incline Casualty Company as docket no. 49 is hereby **GRANTED** in part and **DENIED** in part;

2. The Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) filed by Mario McDavid and Shan Jackson as docket no. 57 is hereby **DENIED**;

3. All claims asserted in the First Amended Complaint (Doc. 39) against Incline Casualty Company and Shan Jackson are hereby dismissed pursuant to Federal Rule 12(b)(6); and

4. All claims asserted in the First Amended Complaint (Doc. 39) against Mario McDavid are hereby dismissed pursuant to Federal Rule 12(b)(6) *except for* the claim asserting that Mario McDavid agreed to pay Plaintiff a portion of the settlement proceeds.

###